JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Lauren Holley

### DEFENDANTS
DSW

**(b)** County of Residence of First Listed Plaintiff: Philadelphia County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Franklin County, OH
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Law Office of William J. Faust, II
1301 S. Broad St., Suite 205, Philadelphia, PA 19147
215-334-4313

Attorneys *(If Known)*
Kane, Pugh, Knoell, Troy & Kramer, LLP
510 Swede Street, Norristown, PA 19401
610-275-2000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [x] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332
Brief description of cause:
Slip and Fall

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: Mar 23, 2022

SIGNATURE OF ATTORNEY OF RECORD
/s/ Justin A. Bayer, Esq.

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN HOLLEY : | |
|      Plaintiff, : | |
| v. : | CIVIL ACTION |
| : | NO.: |
| DSW, DESIGNER SHOW WAREHOUSE, : | |
| DSW, INC.; WYNNEWOOD SHOPPING : | |
| CENTER; AND FEDERAL REALTY : | |
| INVESTMENT TRUST : | |
|      Defendants. : | |

### NOTICE TO PLAINTIFF

TO:   William J. Faust II, Esq.
        LAW OFFICE OF WILLIAM J. FAUST II
        1301 S. Broad Street, Suite 205
        Philadephia, PA  19147
        attyfaust@yahoo.com

     **PLEASE TAKE NOTICE** that Defendant Designer Brands, Inc., improperly identified as "DSW", Designer Shoe Warehouse", and "DSW, Inc." have filed a Petition in the United States District Court for the Eastern District of Pennsylvania for the removal of an action now pending in the Philadelphia Court of Common Pleas, captioned *Lauren Holley, v. DSW, et al,* Docket No. 2202-01917.

     **PLEASE TAKE FURTHER NOTICE** that Defendant has at the same time filed with the United States District Court for the Eastern District of Pennsylvania a copy of the Complaint served upon it, which was filed and entered in the Philadelphia Court of Common Pleas.

     A copy of said Notice of Removal is attached hereto and is hereby served upon you.

                                        **KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

DATE: 03/23/2022          BY:   /s/ Justin A. Bayer
                                                JUSTIN A. BAYER, ESQUIRE
                                                Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN HOLLEY, <br>     Plaintiff, <br> v. <br> DSW, DESIGNER SHOE WAREHOUSE, DSW, INC.; WYNNEWOOD SHOPPING CENTER; and FEDERAL REALTY INVESTMENT TRUST; <br>     Defendants. | : COURT OF COMMON PLEAS <br> : PHILADELPHIA COUNTY <br> : <br> : CIVIL ACTION−LAW <br> : <br> : No. 220201917 <br> : |

## PETITION IN SUPPORT OF NOTICE OF REMOVAL OF DEFENDANT DESIGNER BRANDS, INC.

Defendant, Designer Brands, Inc., improperly identified as "DSW", Designer Shoe Warehouse", and "DSW, Inc.", by and through its attorneys, Kane, Pugh, Knoell, Troy & Kramer, LLP, gives notice of the removal of the above captioned action to this Court of a Civil Action pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, and in support thereof avers as follows:

1. A civil action has been brough against Defendant by the Plaintiff in the Court of Common Pleas of Philadelphia County at No. 220201917. A copy of that Complaint is attached hereto as Exhibit "A."

2. This is an action over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332, because it is a civil action between citizens of different states and exceeds the required amount in controversy, exclusive of interest and costs pursuant to 28 U.S.C. § 1332.

3. The State Court where the action was originally filed is located in Philadelphia County, Pennsylvania, which is embraced within this judicial district.

4. The Plaintiff is, and at the time of the filing of this action, a citizen of the State of Pennsylvania.

5. Defendant, Designer Brands, Inc., is an Ohio corporation with a with a principal place of business in the State of Ohio.

6. Defendant, Federal Realty Trust Inc., is a Maryland Corporation with a principal place of business in Maryland.

7. Under 28 U.S.C. § 1441(b), in determining whether the Court has original jurisdiction based upon diversity of citizenship, the citizenship of any Defendant sued under a fictitious name is to be disregarded.

8. In her Complaint, Plaintiff alleges she sustained severe personal injuries and damages as customer in a store owned by Defendant. *See* Exhibit "A" at ¶ 6-10.

9. Thus, there is complete diversity of citizenship between Plaintiff and Defendant.

10. On March 16, 2022, Counsel for Defendant sent a letter to Plaintiff's counsel to request that they sign a Stipulation to cap Plaintiff's recoverable damages at $75,000. *See* a copy of the March 16, 2022, letter to Plaintiff's counsel attached hereto as Exhibit "B".

11. To date, Plaintiff has not agreed to sign the Stipulation.

12. Upon information and belief, Defendant is filing said notice in compliance with the requirements under 28 U.S.C. § 1446(b).

13. By reason of the foregoing, a removal of the action to this Court is proper, under 28 U.S.C. §§ 1332(a), 1441(a).

14. The statutory requirements having been met; the state action is properly removed to United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

BY:   /s/ Justin A. Bayer
        Justin A. Bayer, Esq.
        510 Swede Street
        Norristown, PA  19401
        Phone: 610-275-2000
        Fax: 610-275-2018
        Email:  jbayer@kanepugh.com
        Attorney I.D. No. 93546
        Attorney for Defendant
        *Designer Brands, Inc.*

Dated: March 23, 2022

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAUREN HOLLEY : | |
|       Plaintiff, : | |
| v. : | CIVIL ACTION |
| : | NO.: |
| DSW, DESIGNER SHOW WAREHOUSE, : | |
| DSW, INC.; WYNNEWOOD SHOPPING : | |
| CENTER; AND FEDERAL REALTY : | |
| INVESTMENT TRUST : | |
|       Defendants. : | |

## DEFENDANT'S CERTIFICATE OF FILING OF COPY OF NOTICE OF REMOVAL WITH THE STATE COURT

      I, Justin A. Bayer, Esquire, counsel for Defendants, hereby certify that a certified copy of Defendant Designer Brands, Inc., improperly identified as "DSW", Designer Shoe Warehouse", and "DSW, Inc.'s, Notice of Removal will be filed with the Prothonotary of the Philadelphia Court of Common Pleas, wherein is pending the State Court action which is the subject of the removal.

                                                               **KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

DATE: 03/23/2022          BY: _____
                                                  JUSTIN A. BAYER, ESQUIRE
                                                  Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Lauren Holley : CIVIL ACTION
      v.
DSW, et. al : NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  (✓)

03/23/2022        Justin A. Bayer, Esq.        Defendant, Designer Brands, Inc.
**Date**          **Attorney-at-law**           **Attorney for**

610-275-2000      610-275-2018                  jbayer@kanepugh.com
**Telephone**     **FAX Number**                **E-Mail Address**


(Civ. 660) 10/02

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 5050 Aspen Street, Philadelphia, PA 19139

Address of Defendant: 80 W. Wynnewood Avenue, Wynnewood, PA 19096

Place of Accident, Incident or Transaction: DSW Store in Wynnewood, PA

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 03/23/2022                        [signature]                        93546
                                *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.** *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    *(Please specify):* _____

**B.** *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☑ Other Personal Injury *(Please specify):* Slip and Fall
7. ☐ Products Liability
8. ☐ Products Liability – Asbestos
9. ☐ All other Diversity Cases
    *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____                        *Sign here if applicable*
                                *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)