IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN HOLLEY,<br><br>*Plaintiff*,<br><br>v.<br><br>DSW, DESIGNER SHOE WAREHOUSE, DSW, INC.; WYNNEWOOD SHOPPING CENTER; and FEDERAL REALTY INVESTMENT TRUST<br><br>*Defendant*. | Case No. 2:22-cv-01116-JDW |

## ORDER

**AND NOW**, this 30th day of March, 2022, upon consideration of the Motion To Remand Of Defendant Designer Brands, Inc. (ECF No. 6), and in light of the Parties' Stipulation To Limit Plaintiff's Potential Recovery (ECF No. 6-4), it is **ORDERED** that the Motion is **GRANTED**, and the case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge